UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RIVER LIGHT V, L.P.,

        Plaintiff,

  -v-                                        No. 09 Civ. 768 (LTS)

CHRISTINE PAK & CO., INC. and
CHRISTINE PAK,

        Defendants.

-------------------------------------------------------x

## ORDER

        Plaintiff has filed through the Court's ECF system a motion for default judgment. Plaintiff has failed to comply with the individual practice rules of the undersigned with respect to default judgment applications.  It is hereby

        ORDERED, that the motion is denied without prejudice.

        This resolves docket entry no. 7.

        SO ORDERED.

Dated: New York, New York
       April 1, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: APR 0 2 2009**