OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Martin J. Feinberg, Esq.
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300

LAW OFFICES OF IRA S. SACKS LLP
Ira S. Sacks, Esq.
575 Madison Avenue
10th Floor
New York, New York 10022
(212) 605-0130

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIVER LIGHT V, LP,

　　　　　　　　　Plaintiff,

-against-

CHRISTINE PAK & CO, INC.
d/b/a C. PAK & CO., and CHRISTINE PAK,

　　　　　　　　　Defendants.

---

Case No. 09-CIV-00768 (LTS)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

*[Handwritten memo endorsement:]* The within motion is denied in light of defendants' interposition of an answer.
SO ORDERED.
NEW YORK, NY
Sept 10, 2009
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

　　　PLEASE TAKE NOTICE that upon the accompanying declaration of Martin J. Feinberg, dated March 25, 2009, and the exhibits annexed thereto, upon the accompanying memorandum of law of plaintiff, and upon all of the papers and proceedings heretofore had herein, plaintiff River Light V, LP will move this Court before the Hon. Laura T. Swain at the Courthouse at 500 Pearl Street, New York, New York at _____ a.m. on _____, 2009, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rule of Civil Procedure 55(b)(2), for

611782-1

entry of a default judgment against defendants Christine Pak & Co., Inc. d/b/a/ C. Pak & Co. and Christine Pak.

Dated: New York, New York
April 10, 2009

>OLSHAN GRUNDMAN FROME
>ROSENZWEIG & WOLOSKY LLP
>
>By:   s/ Martin J. Feinberg
>          Martin J. Feinberg
>          Park Avenue Tower
>          65 East 55th Street
>          New York, New York 10022
>          (212) 451-2300
>
>LAW OFFICES OF IRA S. SACKS LLP
>          Ira S. Sacks
>          575 Madison Avenue
>          10th Floor
>          New York, New York 10022
>          (212) 605-0130
>
>          *Attorneys for Plaintiff*

611782-1